# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

     v.

JAY MULLEN

Magistrate No. 21-1245

    The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    IT IS on this ___2ND___ day of _____DECEMBER_____, 2021

    ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

/s/ Matthew J. Skahill

HONORABLE MATTHEW J. SKAHILL
UNITED STATES MAGISTRATE JUDGE