UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: __21-1245__ |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Jay Mullen | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant, __Jay Mullen_____, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

| | |
|---|---|
| /s/ Jay Mullen | 12/02/2021 |
| DEFENDANT | DATE |

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
MATTHEW SKAHILL
U.S. MAGISTRATE JUDGE

2/7/22
_____
DATE